IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| EBERECHUKWU ANOSIKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-00813-TLW |
| ) | |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

On September 21, 2014, Plaintiff Eberechukwu Anosike brought a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. #32). The motion seeks reimbursement for counsel's representation in the above-captioned matter in the amount of $5,245.20 for fees and $18.33 for costs. On October 7, 2014, the parties filed a Joint Stipulation for Attorney Fees, whereby the Commissioner and Plaintiff agreed that the Commissioner shall award Plaintiff $3,500.00 in attorney's fees and $18.33 in expenses under the EAJA. (Doc. #33).

Having reviewed the file and being fully advised, the Court hereby **ORDERS** that the Joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act is **APPROVED**, and the Commissioner is ordered to award Plaintiff $3,500.00 in attorney's fees and $18.33 in expenses. (Doc. #33). Although the EAJA fee award should be paid to Plaintiff rather than to his attorney pursuant to Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), the check itself should be mailed directly to Plaintiff's attorney.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

October 9, 2014
Columbia, South Carolina